UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBIN MAKI, an individual,

    Plaintiff,

v.                                        Case No. 2:20-cv-00706-JLB-MRM

ALAN J. HANKE, an individual, CARLO
SPERDUTI, an individual, S. MILLS
ROGERS, III, an individual, and IOLO
GLOBAL, LLC, a Wyoming limited
liability company,

    Defendants.
_____/

## ORDER

Plaintiff notifies the Court that he has reached a settlement with Defendants Alan J. Hanke and IOLO Global, LLC ("IOLO"). (Doc. 31.) Pursuant to Local Rule 3.08(b), the claims against Mr. Hanke and IOLO are **DISMISSED**, subject to the right of Plaintiff, Mr. Hanke, or IOLO, within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause.

**ORDERED** in Fort Myers, Florida, on November 30, 2020.

*/s/ John L. Badalamenti*
_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE