UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBIN MAKI, an individual,

    Plaintiff,

v.                                  Case No. 2:20-cv-00706-JLB-MRM

ALAN J. HANKE, an individual, CARLO SPERDUTI, an individual, S. MILLS ROGERS, III, an individual, and IOLO GLOBAL, LLC, a Wyoming limited liability company,

    Defendants.
_____/

## ORDER

In response to this Court's sixty-day order of dismissal (Doc. 35), Plaintiff Robin Maki has filed notice of voluntary dismissal as to Defendants Alan J. Hanke and IOLO Global, LLC, under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  See Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004).  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Plaintiff's claims against Defendants Alan J. Hanke and IOLO Global, LLC, are **DISMISSED WITH PREJUDICE**.

**ORDERED** in Fort Myers, Florida, on December 9, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE