UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBIN MAKI, an individual,

    Plaintiff,

v.   Case No. 2:20-cv-00706-JLB-MRM

ALAN J. HANKE, an individual, CARLO SPERDUTI, an individual, S. MILLS ROGERS, III, an individual, and IOLO GLOBAL, LLC, a Wyoming limited liability company,

    Defendants.
_____/

## ORDER

Plaintiff has settled with Defendant S. Mills Rogers. (Doc. 43.) Pursuant to Local Rule 3.08(b), the claims against Mr. Rogers are **DISMISSED**, subject to the right of Plaintiff or Mr. Rogers, within sixty days, to: (1) submit a stipulated form of final order or judgment, or (2) move to reopen the case for good cause.

**ORDERED** in Fort Myers, Florida, on December 17, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE