UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBIN MAKI, an individual,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 2:20-cv-706-JLB-MRM

ALAN J. HANKE, an individual, CARLO SPERDUTI, an individual, S. MILLS ROGERS, III, an individual, and IOLO GLOBAL, LLC, a Wyoming limited liability company,

    Defendants.
_____/

## ORDER

Plaintiff Robin Maki has filed notices of dismissal of her claims against Defendants Alan J. Hanke, IOLO Global, LLC, and S. Mills Rodgers. (Docs. 36, 45.). The notices are self-executing Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). The only remaining Defendant is Carlo Sperduti.

**ORDERED** in Fort Myers, Florida, on March 15, 2021.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE